UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BASSEY S. BASSEY,                           CASE NO: 16-cv-62865

    Plaintiff,                           Dimitrouleas-Snow

v.

ZAKHEIM & LAVRAR,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Bassey S. Bassey, ("Plaintiff"), through undersigned counsel, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

DATED:  March 19, 2018                    Respectfully submitted,

                                                  By: /s/ *John P. Murray*
                                                *Of Counsel*
                                                John P. Murray, Esq. (FL Bar No.: 975818)
                                                Hyslip & Taylor, LLC, LPA
                                                2655 Lejeune Rd. PH1-D
                                                Coral Gables, FL  33134
                                                Phone: 305-779-4818
                                                Fax: 305-779-4819
                                                Email: john@johnpmurray.com
                                                Counsel for Plaintiff

-2-

## CERTIFICATE OF SERVICE

On September 25, 2017, I electronically filed this Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system, which will cause service to be electronically effected on all parties of record in this action.

                                            /s/ *John P. Murray*
                                            John P. Murray, Esq.