UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62865-CIV-DIMITROULEAS/SNOW

BASSEY S. BASSEY,

    Plaintiff,

vs.

ZAKHEIM & LAVRAR, P.A.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Stipulation of Voluntary Dismissal with Prejudice [DE 18]. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs except as otherwise agreed**;**

2. The Clerk is directed to **CLOSE** this case and **DENY AS** MOOT any pending motions.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 1st day of May, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record